IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ian Smith,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Inventure Foods, Inc., et al.,<br><br>　　　　　Defendants. | No. CV-17-04256-PHX-SPL<br><br>**ORDER** |

In the Court's November 11, 2017 Preliminary Order (Doc. 7), the Court advised that any Defendant in this action that had not been served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure would be terminated without further notice on February 19, 2018. Because the docket shows no evidence that any defendant has been served in this case and the deadline to do so has passed, all defendants will be terminated and this action will be dismissed. Accordingly,

**IT IS ORDERED** that, pursuant to the Court's Order (Doc. 7), the Clerk of Court shall **terminate** the named defendants.

**IT IS FURTHER ORDERED** that this case is **dismissed without prejudice** and the Clerk of Court shall **terminate** this action.

Dated this 28th day of February, 2018.

Honorable Steven P. Logan
United States District Judge